UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
OCT 21 2021
At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cause No. 2:21CR149 |
| ) | |
| v. ) | 18 U.S.C. § 242 |
| ) | |
| TERRY PECK ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 19, 2019, in the Northern District of Indiana, the Defendant,

**TERRY PECK,**

while acting under color of law as a police officer with the Gary Police Department, willfully deprived R.H. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, the defendant slammed R.H.'s face

1

and head against a vehicle without legal justification, resulting in bodily injury to R.H.

In violation of Title 18, United States Code, Section 242.

                A TRUE BILL:

                s/Foreperson
                FOREPERSON

KRISTEN CLARK
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

By:   s/Anita T. Channapati
       Anita T. Channapati
       Trial Attorney

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   s/Jennifer Chang
       Jennifer Chang
       Assistant United States Attorney